RUTH ELIN AUERBACH, State Bar Number 104191
GLASSBERG, POLLAK & ASSOCIATES
425 California Street, Suite 850
San Francisco, CA 94104-2193
(415) 291-8320 phone
(415) 291-8111 fax

Attorneys for Plaintiff

**FILED**

JAN 03 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO BRANCH

| | |
|---|---|
| ENTERTAINMENT BY J&J, etc., | ) CASE NO: CIVF-02-5865 REC LJO |
| Plaintiff, | ) |
| vs. | ) DATE: January 3, 2005 |
| | ) TIME: 1:30 p.m. |
| | ) COURTROOM: 1 |
| DELLA MAE GREEN, etc., | ) |
| Defendants. | ) |

~~[proposed]~~

**JUDGMENT BY DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

It appearing from the records in the above-entitled action that an entry of default for want of answer or other defense was made on January 8, 2003 as to Defendants, DELLA MAE GREEN and KELLY LEE GREEN, each individually and dba THE BUCKHORN, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendants were properly served; and this action having come before the Court for a hearing pursuant to Rule 55(b)(2), F.R.Civ.P. to determine

damages herein; and the Court having considered the papers and pleadings on file in support of the Motion, and good cause appearing,

IT IS HEREBY ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, ENTERTAINMENT BY J&J, INC., against Defendants, DELLA MAE GREEN and KELLY LEE GREEN, each individually and dba THE BUCKHORN, jointly and severally in the amount of $10,000.00 as statutory damages; in the amount of $1,787.50 for attorneys' fees; and the amount of $386.00 for costs; for a total amount of $12,173.50.

DATED: Jan 3, 05

UNITED STATES DISTRICT COURT JUDGE